With this understanding, we refuse appellant's petition for discretionary review.

**Milton CLAY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 272–86.**

Court of Criminal Appeals of Texas, En Banc.

Feb. 4, 1987.

George W. Baugh, San Antonio, for appellant.

Sam D. Millsap, Jr., Dist. Atty. and Karen Amos, Emil Holiner and Daniel Thornberry, Asst. Dist. Attys., San Antonio, Robert Huttash, State's Atty., Austin, for the State.

OPINION

WHITE, Judge.

Appellant was convicted by a jury of aggravated robbery. Punishment was assessed by the trial court at 15 years in the Texas Department of Corrections. On appeal the San Antonio Court of Appeals affirmed the conviction. *Clay v. State,* 702 S.W.2d 747 (Tex.App.—San Antonio 1985).

Appellant raises three grounds for review. We agree with the Court of Appeals